■ ALICE A. MOUREN et al., Respondents, v. GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— We find that the judgment entered herein by the court below sitting without a jury is sustained by the record, except for the damages awarded, which are excessive. Accordingly the judgment appealed from is modified pursuant to subdivision 2 of section 584 of the Civil Practice Act by reducing the award for plaintiff wife to $6,000 and for plaintiff husband to $3,000 and, as so modified, affirmed (see *Leonard* v. *Frantz Co.,* 268 App. Div. 144, 148). Concur — Peck, P. J., Botein, Frank and Bergan, JJ.; Cox, J., dissents and votes to reverse and dismiss the complaint upon the ground that a prima facie case was not established. Settle order on notice.

■ ANN G. SASSI, Appellant, v. MALONE FREIGHT LINES, INC., Respondent. — Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Cox, Frank and Bergan, JJ.

■ HARRY WEINBERG, Appellant, v. ELIAS WEINBERG, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Cox, Frank and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SULLIVAN, Alias JOHN RYAN, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Botein, Cox, Frank and Bergan, JJ.

■ CENTRAL SURETY AND INSURANCE CORPORATION, Appellant, v. JONES & WHITLOCK, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bergan, JJ.

■ ANNA GREGOR, Individually and as Administratrix of the Estate of FRANK GREGOR, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox and Bergan, JJ.

■ CHARLES R. PAYTON, Respondent, v. TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY et al., Defendants, and MONTUORO CONTRACTING CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bergan, JJ.

■ EDWARD S. FRIEDLAND, Appellant, v. FAIRLAWN DEVELOPMENT Co., INC., et al., Respondents, et al., Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bergan, JJ.